**Order entered December 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01644-CV

### IN RE DOMINGO ROBLEDO, Relator

**Original Proceeding from the 203rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F90-02087-MP**

## ORDER
Before Justices FitzGerald, Lang, and Myers

The Court has before it relator's petition for writ of mandamus claiming the trial court has not ruled on his motion for appointment of counsel to pursue a motion for post-conviction DNA testing. The Court requests that real party in interest The State of Texas file a response to the petition by December 13, 2013.

The Court **DIRECTS** the Clerk to send copies of this order and relator's petition for writ of mandamus, by electronic transmission, to Michael Casillas, Dallas County District Attorney's Office.

/s/    KERRY P. FITZGERALD
        JUSTICE